Dirk O. Julander, Bar No. 132313
  doj@jbblaw.com
Tiffany W. Harlan, Bar No. 305244
  adam@jbblaw.com
JULANDER, BROWN & BOLLARD
9110 Irvine Center Drive
Irvine, California 92618
Telephone:  (949) 477-2100
Facsimile:  (949) 477-6355

*Specially Appearing for Defendant*
DANIEL PETTA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL LIANG, an individual; THE PRINCETON PROJECT, INC., a California corporation; FANG FANG HO also known as FANG HO, an individual; REAL WINNERS, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>KEVIN ROBL, an individual; PRODUCTION CAPITAL LLC, a Delaware Limited Liability Company; IBRAHIM MOHAMMED, an individual; FRIENDS OF PRODUCTION CAPITAL LLC, a Delaware Limited Liability Company; REMINGTON CHASE also known as WILLIAM WESTWOOD also known as WILLIAM ELIOT, an individual; CHRISTOPHER BREMBLE, an individual; BASE MEDIA TECHNOLOGY GROUP PTE LTD., a foreign limited liability company; BASE FX, a foreign limited liability company; DANIEL PETTA, an | Case No. 2:22-cv-01430-FWS-GJS<br><br>Judge: Honorable Fred W. Slaughter<br><br>**JOINT STIPULATION FOR PLAINTIFFS TO SET ASIDE ENTRY OF DEFAULT AGAINST SPECIALLY APPEARING DEFENDANT DANIEL PETTA** |

individual; KEVIN ROBL and ANA ROBL, as Trustees of THE ANA ROBL 2017 IRREVOCABLE GIFT TRUST; IBRAHIM MOHAMMED as Trustees of THE ANA ROBL 2017 IRREVOCABLE GIFT TRUST; KEVIN ROBL as Trustee of THE KEVIN ROBL LIVING TRUST; BURGEE AND ABRAMOFF, a California Professional Corporation; BASE FX INTERNATIONAL LIMITED, a foreign limited liability company; BASE FX PRODUCTIONS SWITZERLAND AG, a foreign business form unknown; BASE DIGITAL SERVICES, LIMITED, a foreign limited liability company; CHALET FILMS AG, a foreign business form unknown; FRIENDS OF PRODUCTION CAPITAL BASESTUDIOS, a business entity form unknown; and DOES 1 through 50, inclusive,

Defendants.

Plaintiffs PAUL LIANG, THE PRINCETON PROJECT, INC., FANG FANG HO also known as FANG HO, and REAL WINNERS, INC. ("Plaintiffs") and Defendant DANIEL PETTA ("Mr. Petta"), specially appearing through counsel, agree through their respective counsel as follows:

WHEREAS, Plaintiffs filed the First Amended Complaint ("FAC") in this Court on March 14, 2022 (Dkt. No. 46.);

WHEREAS, Plaintiffs have attempted service of the FAC on Mr. Petta resulting in numerous communications between counsel related to adequacy of that service;

WHEREAS, Plaintiffs requested an Entry of Default by the Clerk which was entered against Mr. Petta on November 1, 2022;

2
JOINT STIPULATION TO SET ASIDE ENTRY OF DEFAULT AGAINST DANIEL PETTA

1    WHEREAS, the parties have met and conferred about Plaintiffs' service on
2 Mr. Petta and Plaintiffs have now agreed to set aside the default taken against Mr.
3 Petta and have also agreed to serve Mr. Petta directly with the operative complaint.
4    IT IS THEREFORE STIPULATED AND AGREED that the Requested Entry
5 of Default be set aside, and that Mr. Petta shall file and serve his responsive
6 pleading to the operative complaint within 21 days once service of the summons and
7 complaint on Mr. Petta has been accomplished.

9 DATED: January 4, 2023         JULANDER, BROWN & BOLLARD

11                                By:     /s/ *Tiffany W. Harlan*
12                                    Dirk O. Julander
                                      Tiffany W. Harlan
13                                    *Speically Appearing for Defendant*
14                                    DANIEL PETTA

19 DATED: January 9, 2023         HELEN W. QUAN, ESQ
                                  ATTORNEY AT LAW

21                                By:     */s/ Helen W. Quan*
22                                    Helen W. Quan
                                      Attorney for Plaintiffs
23                                    PAUL LIANG, THE PRINCETON
24                                    PROJECT, INC., FANG FANG HO, AND
                                      REAL WINNERS, INC.

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Helen Quan, Esq., counsel for Plaintiffs Paul Liang, The Princeton Project, Inc., Fang Fang Ho also known as Fang Ho, and Real Winners, Inc. I have obtained Ms. Quan's authorization to affix her electronic signature to this document.

　　　　　　　　　　　　　　　　　　　　　*/s/ Tiffany W. Harlan*
　　　　　　　　　　　　　　　　　　　　Dirk O. Julander
　　　　　　　　　　　　　　　　　　　　Tiffany W. Harlan
　　　　　　　　　　　　　　　　　　　　*Speically Appearing for Defendant*
　　　　　　　　　　　　　　　　　　　　DANIEL PETTA

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of January, 2023, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system which will send notification to all parties of record or persons requiring notice.

*/s/ Helene Saller*
Helene Saller