**NOTE: CHANGES MADE BY COURT**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| PAUL LIANG, an individual; THE PRINCETON PROJECT, INC., a California corporation; FANG FANG HO also known as FANG HO, an individual; REAL WINNERS, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN ROBL, an individual; PRODUCTION CAPITAL LLC, a Delaware Limited Liability Company; IBRAHIM MOHAMMED, an individual; FRIENDS OF PRODUCTION CAPITAL LLC, a Delaware Limited Liability Company; REMINGTON CHASE also known as WILLIAM WESTWOOD also known as WILLIAM ELIOT, an individual; CHRISTOPHER BREMBLE, an individual; BASE MEDIA TECHNOLOGY GROUP PTE LTD., a foreign limited liability company; BASE FX, a foreign limited liability company; DANIEL PETTA, an individual; KEVIN ROBL and ANA ROBL, as Trustees of THE ANA ROBL 2017 IRREVOCABLE GIFT TRUST; IBRAHIM MOHAMMED as Trustees of THE ANA ROBL 2017 IRREVOCABLE GIFT TRUST; KEVIN ROBL as Trustee of THE KEVIN ROBL | Case No. 2:22-cv-01430-FWS-GJS<br><br>**ORDER RE JOINT STIPULATION FOR PLAINTIFFS TO SET ASIDE ENTRY OF DEFAULT AGAINST SPECIALLY APPEARING DEFENDANT DANIEL PETTA [141]** |

LIVING TRUST; BURGEE AND ABRAMOFF, a California Professional Corporation; BASE FX INTERNATIONAL LIMITED, a foreign limited liability company; BASE FX PRODUCTIONS SWITZERLAND AG, a foreign business form unknown; BASE DIGITAL SERVICES, LIMITED, a foreign limited liability company; CHALET FILMS AG, a foreign business form unknown; FRIENDS OF PRODUCTION CAPITAL BASESTUDIOS, a business entity form unknown; and DOES 1 through 50, inclusive

Defendants.

Having considered and reviewed the Parties' Joint Stipulation to Extend Time to Respond to Initial Complaint [10] (the "Stipulation"), and good cause appearing, the court **ORDERS** the following:

1. The Default previously entered against specially appearing Defendant Daniel Petta [135] is hereby **SET ASIDE**.
2. Plaintiffs shall serve the summons and operative complaint in this case on Defendant Daniel Petta within **seven (7) days** of this Order.
3. Defendant Daniel Petta shall file his response to Plaintiffs' operative complaint within **twenty-one (21)** days of the date when service of the summons and complaint on Defendant Daniel Petta has been accomplished as described above in paragraph 2.

**IT IS SO ORDERED**.

DATED: January 10, 2023

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE