| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*:<br>Helen W. Quan, Esq.<br>Attorney At Law<br>333 E. Garvey Ave, #B-911<br>Monterey Park, CA 91754<br>Telephone: (626) 571-2006 | TELEPHONE NO.: | *FOR COURT USE ONLY* |
|---|---|---|
| | Ref. No. or File No. | |
| ATTORNEY FOR: Plaintiff, Plaintiffs, Paul Liang; et al. | | |

Insert name of court and name of judicial and branch court, if any:
United States District Court, Central District of California

SHORT TITLE OF CASE:
Paul Liang, et al. v. Kevin Robl, et al.

| **DECLARATION OF NON-SERVICE** | HEARING DATE: | TIME: | DEPT./DIV.: | CASE NUMBER:<br>CV 22-1430 PA (GJSx) |
|---|---|---|---|---|

At the time of service attempt(s), I was at least 18 years old and not a party to the above noted action

1.  I attempted to serve the:

    a. **Summons in A Civil Action; Attachment to Summons; Second Amended Complaint; Standing Order; Civil Minutes-General; Order on Pretrial and Trial Procedures (Civil Cases)**

    b.  on *(name)*: **Daniel Petta**

    c.  by serving: Non-Service

    d.  by delivery   ☐ AT HOME      ☐ AT BUSINESS      ☐ OTHER ()
        1.  date:
        2.  time:
        3.  address:  200 East Twin Oaks Rd
                          Sioux Falls, SD 57105

    e.  ☐ by mailing
        1.  date:
        2.  place:

2.  Manner of service: Non-Service

    a.  01/13/2023 at 2:10 PM- No answer at door.
    b.  01/14/2023 at 3:45 PM- 2 hour stakeout completed, no one was home. No cars in driveway, package left on the porch for Mark Fonder.
    c.  01/17/2023 at 10:35 AM- Made contact with the new owner Mark Fonder (White Male, 5'10, 180 lbs, brown hair, 40 years old) he does not know who Daniel Petta is and they have owned the home for about a year. He has seen mail for Mr. Petta before but just returns to the sender.

Process Server:
Zac Appletoft
BFRM LEGAL SUPPORT SERVICES
633 W 5th St, 28th Fl
Los Angeles, CA 90071

[] Registered California Process Server
Registration No.:
County:
Fee for service: $

TEL: (213) 291-8383

I declare under penalty of perjury under the laws of the State of South Dakota that the foregoing is true and correct and that this declaration was executed on:

Date:   01/17/2023          Signature: